FILED

JUL 2 5 2016

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CA

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MARIA ANGULO-NAVARRETTE (1),<br>MARIA QUIROZ-CARRILLO (2),<br><br>    Defendants. | Case No. 94CR0827-WQH<br><br>JUDGMENT AND ORDER OF DISMISSAL OF INDICTMENT AND RECALL ARREST WARRANTS |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above-entitled case be dismissed without prejudice, and the Arrest Warrants be recalled.

IT IS SO ORDERED.

DATED: 7/25/16 .

_____
HONORABLE WILLIAM Q. HAYES
United States District Court Judge